IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:07 CV 244-GCM**

| | |
|---|---|
| MELANIE BLAKE, LORI ORWIG, KATHY COLLINS, on behalf of themselves and others similarly situated, <br>     Plaintiffs, <br> v. <br> FAMILY DOLLAR STORES, INC. and FAMILY DOLLAR STORES OF OHIO, INC., <br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) **ORDER GRANTING ADMISSION PRO HAC VICE** |

**THIS MATTER** is before the Court upon the motion of Defendant Family Dollar Stores to allow **John A. Ybarra** to appear *Pro Hac Vice*, dated June 26, 2007 [doc. # 5].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Ybarra has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: June 27, 2007

Graham C. Mullen
United States District Judge