IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:07 CV 244-GCM**

| | |
|---|---|
| MELANIE BLAKE, LORI ORWIG, KATHY COLLINS, on behalf of themselves and others similarly situated,<br>　　　　　　Plaintiffs,<br>　v.<br>FAMILY DOLLAR STORES, INC. and FAMILY DOLLAR STORES OF OHIO, INC.,<br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) **ORDER GRANTING**<br>) **ADMISSION PRO HAC VICE**<br>)<br>)<br>)<br>) |

　　**THIS MATTER** is before the Court upon the motion of Plaintiffs to allow **Robert E. DeRose** to appear *Pro Hac Vice*, dated July 23, 2007 [doc. # 10].

　　Upon careful review and consideration, this Court will grant the Application.

　　In accordance with Local Rule 83.1 (B), the Court notes that Mr. DeRose has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　Signed: August 9, 2007

　　　　　　　　　　　　　　　　　　　Graham C. Mullen
　　　　　　　　　　　　　　　　　　　United States District Judge