IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:07-CV-244-GCM**

| | |
|---|---|
| MELANIE BLAKE, *et al*, <br>     Plaintiffs, <br> v. <br> FAMILY DOLLAR STORES, INC., *et al*, <br>     Defendants. | **ORDER GRANTING** <br> **ADMISSION PRO HAC VICE** |

**THIS MATTER** is before the Court upon the motion of Plaintiffs Melanie Blake, *et al,* to allow **Edward R. Forman** to appear *Pro Hac Vice*, dated August 28, 2007 [doc. #16].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Forman has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: August 28, 2007

Graham C. Mullen
United States District Judge