# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:07CV244

| | |
|---|---|
| MELANIE BLAKE, on behalf of herself and all others similarly situated, ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | ORDER |
| FAMILY DOLLAR STORES, INC., et al ) Defendants. ) ) | |

THIS MATTER is before the Court sua sponte. The Court anticipates that the Plaintiffs will move for certification of the class. Some preliminary discovery is warranted to answer this question, thus, the parties are hereby directed to submit a list of matters suitable for discovery (and the reasons for their inclusion) that would illuminate the question of class certification.

IT IS SO ORDERED.

Signed: September 18, 2007

Graham C. Mullen
United States District Judge