**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:07-CV-244-GCM**

| | | |
|---|---|---|
| **MELANIE BLAKE,** *on behalf of herself* | ) | |
| **and all others similary situated,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **FAMILY DOLLAR STORES, INC.,** | ) | |
| *et al,* | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

      **THIS MATTER IS BEFORE THE COURT** on its own motion. Having reviewed the docket in this case, it appears to the Court that the parties have failed to file a Certification and Report of Initial Attorneys' Conference as required by Local Rule 16.1(A).

      **IT IS THEREFORE ORDERED** that the parties file a Certificate of Initial Attorney's Conference within thirty (30) days from the date of this order.

      IT IS SO ORDERED.

                        Signed: January 22, 2008

                        Graham C. Mullen
                        United States District Judge