IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE FAMILY DOLLAR FLSA LITIGATION | MDL DOCKET NO: 3:08-MD-1932<br>Judge Graham C. Mullen |
| *Concerning all member cases, 3:08-MD-1932* | |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court upon the Parties' request that the Court conduct an in camera review of and approve confidential Settlement Agreement and Releases for Terri Campbell, Kathy Collins, Carol Crane, Cheryl Geltz, Pamela Fowler, Patricia Fontenot, Loudella Henderson, Donna Hurst, Myra Latner, Eva Gemmell-Lowery, Tanya Miller, Lori Orwig, Stephanie Ray, Sheri Toms, Barbara Traylor, Kim Walter, Kay Wenning, Shannon Whitney, Larry Wilson, and Pamela Woods (hereinafter "Settling Plaintiffs"). The parties desire to settle the claims of each of the Settling Plaintiffs and further consent to the dismissal of the claims of the Settling Plaintiffs with prejudice.

Settling Plaintiffs have asserted claims against Defendant alleging violations of the Fair Labor Standards Act ("FLSA"). Accordingly, this Court has reviewed and scrutinized the parties' confidential Settlement Agreement and Releases. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).

Having conducted an in camera review of the Parties' confidential Settlement Agreement and Releases, the Court is satisfied that the Parties' settlement of this contested case is fair,

reasonable, and in the best interest of the Settling Plaintiffs. The Settlement Agreement and Releases reflect a reasonable compromise of disputed issues. Settling Plaintiffs and Defendant are represented by counsel who have protected their respective rights in this matter.

For the reasons stated above, the Court approves the Parties' confidential Settlement Agreement and Releases.

IT IS, THEREFORE, ORDERED that Settling Plaintiffs' claims are hereby DISMISSED WITH PREJUDICE.

This 14th day of MARCH, 2012

_____
Graham C. Mullen
Senior United States District Judge

Firmwide:106984396.1 053439.1083